

**ORDERED in the Southern District of Florida on August 17, 2021.**

A. Jay Cristol, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| In re:<br>ALBERTO SOLAR SOMOHANO<br>　Debtor.<br>_____/ | Case No. 20-22697-BKC-AJC<br><br>Chapter 7 |
| ALBERTO SOLER<br>　Plaintiff,<br>v.<br>United States 45th Administration, *et al.*<br>　Defendants<br>_____/ | Adversary No. 21-01054-AJC |

**ORDER DISMISSING AMENDED COMPLAINT WITH PREJUDICE**

THIS CAUSE came before the Court on August 17, 2021 upon the *Motion to Dismiss Amended Complaint with Prejudice* [DE 82](the "Motion") filed by Defendant, MIAMI-DADE COUNTY (the "County"), pursuant to Federal Rule of Civil Procedure 12(b)(6), made applicable to this proceeding by Federal Rule of Bankruptcy Procedure 7012; and which Motion joined in the Motion to Dismiss filed by Defendants Judge Michael Hanzman and 3rd DCA [DE 32] and the

Motion to Dismiss filed by Defendant Robertson Anschutz & Schneid-Crane-Partners and Kondaur Capital, LLC [DE 11]. The Court having reviewed the County's Motion, the grounds therefore, the Plaintiff's failure to object to dismissal, Plaintiffs' failure to appear at the hearing, coupled with the record of this proceeding, it is

ORDERED AND ADJUDGED that the County's Motion is GRANTED; and

The instant proceeding is DISMISSED with prejudice. This proceeding shall be closed upon entry of this Order. The Court reserves jurisdiction to enter orders necessary to enforce this Order. The Court also reserves jurisdiction to assess attorney's fees and costs, if applicable, upon proper motion and hearing.

###

Copies furnished to:

Debtor
Trustee
AUST